IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE HORN,

    Plaintiff,

v.                                                             CASE NO. 4:19cv127-RH/CAS

MARK S. INCH et al.,

    Defendant.

_____/

## ORDER EXTENDING THE DEADLINE FOR THE
## SECRETARY TO RESPOND TO THE COMPLAINT

The plaintiff George Horn is a prisoner in the Florida Department of Corrections. The complaint alleges that the Department is failing to provide appropriate treatment for Mr. Horn's serious medical needs and thus is violating the Eighth Amendment. *See, e.g.*, *Estelle v. Gamble*, 429 U.S. 97 (1976). The defendant Secretary of the Department has moved to extend the deadline to respond to the complaint.

Mr. Horn opposes the extension, asserting he is suffering extreme pain, is being denied treatment, and is being held in unsanitary conditions. Mr. Horn

asserts time is of the essence, as well it might be. But the filing of an answer will not alleviate any such difficulties. Moving the date of the answer a few weeks one way or the other will have no meaningful effect on Mr. Horn's circumstances or the progress of the case.

This order grants the requested extension of the deadline to respond to the complaint. This does not extend the deadlines under Federal Rule of Civil Procedure 26 and the Initial Scheduling Order—the steps that, unlike the answer, are in the critical path. The extension does not affect the Department's constitutional obligation to provide adequate treatment of serious medical needs, the attorneys' ability to confer on the appropriate path forward, or the procedures applicable to any motion for a preliminary injunction.

IT IS ORDERED:

The Secretary's motion, ECF No. 13, to extend the deadline to respond to the complaint is granted. The deadline is extended to July 10, 2019.

SO ORDERED on June 7, 2019.

s/Robert L. Hinkle
United States District Judge