**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GEORGE HORN,**

      **Plaintiff,**

**vs.**

**CENTURION OF FLORIDA LLC, et al.,**

      **Defendants.**

**Case No.: 4:19-cv-00127-RH-CAS**

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS CENTURION OF FLORIDA, LLC, AND DR. ALEXIS FIGUEROA[1]

Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa (collectively, "Defendants") file their Answer and Affirmative Defenses to Plaintiff George Horn's ("Plaintiff") Complaint, and in support thereof, state the following:

### ANSWER

Without waiving any of the defenses asserted herein, Defendants answer the Complaint's allegations, paragraph by paragraph, as follows:

### Introduction

In response to Plaintiff's unnumbered "Introduction", Defendants deny all allegations.

---

[1] On July 2, 2019, the undersigned counsel filed an unopposed motion for extension of time to respond to the Complaint (Doc. 18). That motion has not yet been ruled on. Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa therefore file this Answer and Affirmative Defenses out of an abundance of caution and in accordance with the Court's prior order setting a July 5, 2019, response deadline (Doc. 12). Defendants reserve the right to file an additional or amended responsive pleading at a later time.

**Jurisdiction and Parties**

1.      The allegations in Paragraph 1 state conclusions of law to which no response is required.  To the extent a response is required, Defendants deny this Court has jurisdiction over this matter.

2.      The allegations in Paragraph 2 state conclusions of law to which no response is required.  To the extent a response is required, Defendants deny this Court has jurisdiction over this matter.

3.      The allegations in Paragraph 3 do not require a response.  To the extent a response is required, Defendants deny Paragraph 3.

4.      The allegations in Paragraph 4 do not require a response.  To the extent a response is required, Defendants deny Paragraph 4.

5.      Upon information and belief, Defendants admit that this Court appears to be a proper venue, but reserve the right to contest venue should discovery reveal otherwise.

6.      Defendants deny the allegations in Paragraph 6 of the Complaint.

7.      Defendants lack sufficient information to admit or deny the allegations in Paragraph 7 of the Complaint, and therefore deny same.

8.      Defendants lack sufficient information to admit or deny the allegations in Paragraph 8 of the Complaint, and therefore deny same.

9.      Defendants admit the allegations of Paragraph 9 of the Complaint.

10.      Defendants deny the allegations in Paragraph 10 of the Complaint.

**FLORIDA PRISON DEATHS**

11.      Defendants lack sufficient information to admit or deny the allegations in Paragraph 11 of the Complaint, and therefore deny same.

**12.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 12 of the Complaint, and therefore deny same.

**13.**      Defendants deny the allegations in Paragraph 13 of the Complaint.

**14.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 14 of the Complaint, and therefore deny same.

**15.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 15 of the Complaint, and therefore deny same.

**16.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 16 of the Complaint, and therefore deny same.

**17.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 17 of the Complaint, and therefore deny same.

**Treatment and Accommodation for Hip Condition**

**18.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 18 of the Complaint, and therefore deny same.

**19.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 19 of the Complaint, and therefore deny same.

**20.**      Defendants deny the allegations in Paragraph 20 of the Complaint, to the extent this Paragraph could be construed as alleging that Defendants retaliated against Plaintiff.

**21.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 21 of the Complaint, and therefore deny same.

**22.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 22 of the Complaint, and therefore deny same.

**23.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph

23 of the Complaint, and therefore deny same.

24.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 24 of the Complaint, and therefore deny same.

25.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 25 of the Complaint, and therefore deny same.

26.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 26 of the Complaint, and therefore deny same.

27.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 27 of the Complaint, and therefore deny same.

28.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 28 of the Complaint, and therefore deny same.

29.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 29 of the Complaint, and therefore deny same.

30.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 30 of the Complaint, and therefore deny same.

31.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 31 of the Complaint, and therefore deny same.

32.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 32 of the Complaint, and therefore deny same.

33.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 33 of the Complaint, and therefore deny same.

34.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 34 of the Complaint, and therefore deny same.

**35.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 35 of the Complaint, and therefore deny same.

**36.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 36 of the Complaint, and therefore deny same.

**37.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 37 of the Complaint, and therefore deny same.

**38.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 38 of the Complaint, and therefore deny same.

**39.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 39 of the Complaint, and therefore deny same.

**40.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 40 of the Complaint, and therefore deny same.

**41.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 41 of the Complaint, and therefore deny same.

**42.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 42 of the Complaint, and therefore deny same.

**43.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 43 of the Complaint, and therefore deny same.

**44.** Defendants lack sufficient information to admit or deny the allegations in Paragraph 44 of the Complaint, and therefore deny same.

**45.** Defendants deny any allegation that Plaintiff received "poor care." Defendants lack sufficient information to admit or deny the remaining allegations in Paragraph 45 of the Complaint, and therefore deny same.

46.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 46 of the Complaint, and therefore deny same.

47.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 47 of the Complaint, and therefore deny same.

48.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 48 of the Complaint, and therefore deny same.

49.     Defendants deny the allegations in Paragraph 49 of the Complaint.

50.     Defendants deny any allegation that Plaintiff did not receive proper care. Defendants lack sufficient information to admit or deny the remaining allegations in Paragraph 50 of the Complaint, and therefore deny same.

51.     Defendants deny any allegation that Plaintiff did not receive timely treatment. Defendants lack sufficient information to admit or deny the remaining allegations in Paragraph 51 of the Complaint, and therefore deny same.

52.     Defendants lack sufficient information to admit or deny the allegations in Paragraph 52 of the Complaint, and therefore deny same.

53.     Defendants deny any allegation that Defendant Centurion abandoned Plaintiff's treatment.  Defendants lack sufficient information to admit or deny the remaining allegations in Paragraph 53 of the Complaint, and therefore deny same.

54.     Defendants deny the allegations in Paragraph 54 of the Complaint.

55.     Defendants deny the allegations in Paragraph 55 of the Complaint as to Defendant Centurion.

56.     Defendants deny the allegations in Paragraph 56 of the Complaint as to Defendant Centurion.

**57.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 57 of the Complaint, and therefore deny same.

**58.**      Defendants deny the allegations in Paragraph 58 of the Complaint.

**59.**      Defendants deny the allegations in Paragraph 59 of the Complaint.

**60.**      Defendants deny the allegations in Paragraph 60 of the Complaint.

**61.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 61 of the Complaint, and therefore deny same.

**62.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 62 of the Complaint, and therefore deny same.

**63.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 63 of the Complaint, and therefore deny same.

**Treatment and Accommodation for Pain**

**64.**      Defendants deny the allegations in Paragraph 64 of the Complaint.

**65.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 65 of the Complaint, and therefore deny same.

**66.**      Defendants deny the allegations in Paragraph 66 of the Complaint.

**67.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 67 of the Complaint, and therefore deny same.

**68.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 68 of the Complaint, and therefore deny same.

**69.**      Defendants lack sufficient information to admit or deny the allegations in Paragraph 69 of the Complaint, and therefore deny same.

**Treatment and Accommodation for Hepatitis C Infection**

**70.**     Defendants lack sufficient information to admit or deny the allegations in Paragraph 70 of the Complaint, and therefore deny same.

**71.**     The allegations in Paragraph 71 do not require a response.  To the extent a response is required, Defendants deny Paragraph 71.

**72.**     The allegations in Paragraph 72 do not require a response.  To the extent a response is required, Defendants deny Paragraph 72.

**73.**     The allegations in Paragraph 73 do not require a response.  To the extent a response is required, Defendants deny Paragraph 73.

**74.**     The allegations in Paragraph 74 do not require a response.  To the extent a response is required, Defendants deny Paragraph 74.

**75.**     The allegations in Paragraph 75 do not require a response.  To the extent a response is required, Defendants deny Paragraph 75.

**76.**     The allegations in Paragraph 76 do not require a response.  To the extent a response is required, Defendants deny Paragraph 76.

**77.**     The allegations in Paragraph 77 do not require a response.  To the extent a response is required, Defendants deny Paragraph 77.

**78.**     Defendants lack sufficient information to admit or deny the allegations in Paragraph 78 of the Complaint, and therefore deny same.

**79.**     The allegations in Paragraph 79 do not require a response.  To the extent a response is required, Defendants deny Paragraph 79.

**80.**     The allegations in Paragraph 80 do not require a response.  To the extent a response is required, Defendants deny Paragraph 80.

81.     Defendants deny the allegations in Paragraph 81 of the Complaint as to Defendant Centurion.

82.     The allegations in Paragraph 82 do not require a response.  To the extent a response is required, Defendants deny Paragraph 82.

83.     Defendants deny the allegations in Paragraph 83 of the Complaint.

84.     Defendants deny the allegations in Paragraph 84 of the Complaint.

85.     Defendants deny the allegations in Paragraph 85 of the Complaint.

86.     Defendants deny the allegations in Paragraph 86 of the Complaint.

87.     The allegations in Paragraph 87 do not require a response.  To the extent a response is required, Defendants deny Paragraph 87.

## Centurion Custom and Policy to Deny Care

88.     The allegations in Paragraph 88 do not require a response.  To the extent a response is required, Defendants deny Paragraph 88.

89.     Defendants deny the allegations in Paragraph 89 of the Complaint.

90.     Defendants deny the allegations in Paragraph 90 of the Complaint.

91.     Defendants deny the allegations in Paragraph 91 of the Complaint.

92.     Defendants deny the allegations in Paragraph 92 of the Complaint.

93.     Defendants deny the allegations in Paragraph 93 of the Complaint.

94.     Defendants deny the allegations in Paragraph 94 of the Complaint.

95.     Defendants deny the allegations in Paragraph 95 of the Complaint.

96.     Defendants deny the allegations in Paragraph 96 of the Complaint.

97.     Defendants deny the allegations in Paragraph 97 of the Complaint.

98.     Defendants deny the allegations in Paragraph 98 of the Complaint.

99.    Defendants admit that an order in *Hoffer v. Jones* was entered, but deny the allegations in Paragraph 99 of the Complaint, as stated.

100.    Defendants lack sufficient information to admit or deny the allegations in Paragraph 100 of the Complaint, and therefore deny same.

101.    Defendants deny the allegations in Paragraph 101 of the Complaint.

### Causes of Action

### (I)

102.    The allegations in Paragraph 102 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 102.

103.    The allegations in Paragraph 103 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 103.

104.    The allegations in Paragraph 104 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 104.

105.    The allegations in Paragraph 105 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 105.

106.    The allegations in Paragraph 106 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 106.

107.    The allegations in Paragraph 107 of the Complaint are directed at a defendant other

than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 107.

108.     The allegations in Paragraph 108 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 108.

109.     The allegations in Paragraph 109 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 109.

110.     The allegations in Paragraph 110 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 110.

111.     The allegations in Paragraph 111 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 111.

112.     The allegations in Paragraph 112 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 112.

113.     The allegations in Paragraph 113 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 113.

114.     The allegations in Paragraph 114 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 114.

**115.**    The allegations in Paragraph 115 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 115.

**116.**    The allegations in Paragraph 116 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 116.

**117.**    The allegations in Paragraph 117 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 117.

**118.**    The allegations in Paragraph 118 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 118.

**119.**    The allegations in Paragraph 119 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 119.

**120.**    The allegations in Paragraph 120 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 120.

**121.**    The allegations in Paragraph 121 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 121.

**122.**    The allegations in Paragraph 122 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is

required.  To the extent a response is required, Defendants deny the allegations in Paragraph 122.

123.    The allegations in Paragraph 123 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 123.

124.    The allegations in Paragraph 124 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 124.

125.    The allegations in Paragraph 125 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 125.

126.    The allegations in Paragraph 126 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 126.

127.    The allegations in Paragraph 127 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 127.

128.    The allegations in Paragraph 128 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 128.

**(II)**

129.    The allegations in Paragraph 129 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 129.

**130.**      The allegations in Paragraph 130 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 130.

**131.**      The allegations in Paragraph 131 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 131.

**132.**      The allegations in Paragraph 132 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 132.

**133.**      The allegations in Paragraph 133 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 133.

**134.**      The allegations in Paragraph 134 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 134.

**135.**      The allegations in Paragraph 135 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 135.

**136.**      The allegations in Paragraph 136 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 136.

**137.**      The allegations in Paragraph 137 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is

required.  To the extent a response is required, Defendants deny the allegations in Paragraph 137.

**138.**    The allegations in Paragraph 138 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 138.

**139.**    The allegations in Paragraph 139 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 139.

**140.**    The allegations in Paragraph 140 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 140.

**141.**    The allegations in Paragraph 141 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 141.

**142.**    The allegations in Paragraph 142 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 142.

**143.**    The allegations in Paragraph 143 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 143.

**144.**    The allegations in Paragraph 144 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 144.

**145.**    The allegations in Paragraph 145 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 145.

**146.**    The allegations in Paragraph 146 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 146.

**147.**    The allegations in Paragraph 147 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 147.

**148.**    The allegations in Paragraph 148 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is

required.  To the extent a response is required, Defendants deny the allegations in Paragraph 148.

149.    The allegations in Paragraph 149 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 149.

150.    The allegations in Paragraph 150 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 150.

151.    The allegations in Paragraph 151 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 151.

152.    The allegations in Paragraph 152 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 152.

153.    The allegations in Paragraph 153 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 153.

**(III)**

154.    Defendants deny the allegations in Paragraph 154 of the Complaint.

155.    Defendants deny the allegations in Paragraph 155 of the Complaint.

156.    Defendants deny the allegations in Paragraph 156 of the Complaint.

157.    Defendants deny the allegations in Paragraph 157 of the Complaint

158.    Defendants deny the allegations in Paragraph 158 of the Complaint, including all subparts.

**159.**   Defendants deny the allegations in Paragraph 159 of the Complaint.

**160.**   Defendants deny the allegations in Paragraph 160 of the Complaint.

**161.**   Defendants deny the allegations in Paragraph 161 of the Complaint.

**162.**   Defendants deny the allegations in Paragraph 162 of the Complaint.

**163.**   Defendants deny the allegations in Paragraph 163 of the Complaint.

**164.**   Defendants deny the allegations in Paragraph 164 of the Complaint, including all subparts.

**165.**   Defendants deny the allegations in Paragraph 165 of the Complaint.

**166.**   Defendants deny the allegations in Paragraph 166 of the Complaint.

**167.**   Defendants deny the allegations in Paragraph 167 of the Complaint.

**168.**   Defendants deny the allegations in Paragraph 168 of the Complaint.

**169.**   Defendants deny the allegations in Paragraph 169 of the Complaint.

**170.**   Defendants deny the allegations in Paragraph 170 of the Complaint.

**(IV)**

**171.**   The allegations in Paragraph 171 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 171.

**172.**   The allegations in Paragraph 172 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 172.

**173.**   The allegations in Paragraph 173 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 173.

174.     The allegations in Paragraph 174 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 174.

175.     The allegations in Paragraph 175 of the Complaint are directed at a defendant other than Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa, and therefore no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 175.

**Prayer for Relief**

Defendants deny Plaintiff's unnumbered "prayer for relief" paragraph.

**<u>AFFIRMATIVE DEFENSES</u>**

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted and should therefore be dismissed under Federal Rule of Civil Procedure 12(b)(6).

**SECOND DEFENSE**

Plaintiff's Complaint fails to state facts against Defendants which would rise to the level of a constitutional or statutory deprivation under the laws of the United States, the Constitution of the United States, the laws of Florida, or the Constitution of Florida.

**THIRD DEFENSE**

Defendants specifically assert and invoke all defenses available to them as set forth in Fed. R. Civ. P. 12(b)(1) through 12(b)(7) for which a good faith legal and/or factual basis exists or may exist.

**FOURTH DEFENSE**

Defendants did not violate Plaintiff's Constitutional Rights.

**FIFTH DEFENSE**

Plaintiff's Complaint is barred to the extent Decedent failed to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e (a).

**SIXTH DEFENSE**

Defendants are not responsible for the acts and omissions of any other person.

**SEVENTH DEFENSE**

The facts having not been developed, Defendants, to the extent applicable, asserts all affirmative defenses listed in Rule (8)(c)(1) of the Federal Rules of Civil Procedure, which includes: accord and satisfaction, arbitration and award, assumption of risk, contributory negligence, duress, estoppel, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, payment, release, res judicata, statute of frauds, statute of limitations, and waiver.

**EIGHTH DEFENSE**

The damages allegedly suffered by Plaintiff, if any, were the result of the Plaintiff's own acts.

**NINTH DEFENSE**

Defendants assert any alleged conduct or omission on its part was not the cause of injury alleged by Plaintiff.

**TENTH DEFENSE**

Plaintiff's claims against Defendants are barred in whole or in part, because Decedent's and Plaintiff's injuries, if any, were caused by an independent intervening cause(s) which Defendants did not control, have a right to control, or have any influence over.

**ELEVENTH DEFENSE**

Defendants at all times acted in conformity with or exceeded the applicable minimally

acceptable standard of care, which would be rendered by a reasonably prudent person under the same or similar circumstances.

## TWELFTH DEFENSE

Defendants are immune under the federal doctrine of qualified immunity.

## THIRTEENTH DEFENSE

Defendants are immune under Florida State Law.

## FOURTEENTH DEFENSE

Defendants plead all applicable provisions of the Prison Litigation Reform Act as a bar to Plaintiff's claims, and as a limitation of liability which is denied.

## FIFTEENTH DEFENSE

Defendants assert that some or all of Plaintiff's claims are barred by the applicable statute of limitations.

## RESERVATION OF DEFENSES

Defendants reserve the right to affirmatively plead any and all other defenses and affirmative defenses available to it which may become applicable through discovery and during the trial of this cause.

## GENERAL DENIAL

To the extent not expressly admitted above, Defendants deny each and every other allegation in the Complaint which makes a claim against it.  Defendants deny any claim or allegation that it committed any wrongful act or omission, or otherwise committed any wrong against Plaintiff. Defendants further deny any claim or allegation that they denied Plaintiff needed medical care or that it acted with deliberate indifference to any serious medical need of Plaintiff. Defendants also deny that they denied Plaintiff due process or any other right. Defendants further

deny that the Plaintiff is entitled to any relief whatsoever.


/s/ Mary Ann Couch
_____
Mary Ann Couch
R. Craig Mayfield
*Attorneys for Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa*


OF COUNSEL:
R. Craig Mayfield (Fla. Bar No. 0429643)
Mary Ann Couch (Fla. Bar No. 0098917)
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Fax: (813) 229-5946
cmayfield@bradley.com
macouch@bradley.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon all counsel of record this the 5th day of June, 2019.


/s/ *Mary Ann Couch*