**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**GEORGE HORN,**

**Plaintiff,**

**vs.**

**MARK INCH, as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA LLC, a health services corporation, and ALEXIS FIGUEROA, M.D., in his individual capacity,**

**Defendants.**

**Case No.: 4:19-cv-00127-MW-MJF**

## MOTION TO WITHDRAW

COMES NOW Eliot B. Peace, co-counsel for Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa in the above-styled cause, and gives notice that effective October 30, 2020, he will no longer be with the firm of Bradley Arant Boult Cummings LLP and consequently, moves the Court for permission to withdraw from the representation of Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa in this matter. Defendants will continue to be represented by R. Craig Mayfield, Brian Wahl and Jacob Hanson of Bradley Arant Boult Cummings LLP.

*s/ Eliot B. Peace*
Eliot B. Peace (FBN 124805)
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
epeace@bradley.com
***Counsel for Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

*s/ Eliot B. Peace*
***Counsel for Defendants Centurion of Florida, LLC and Dr. Alexis Figueroa***