IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **GEORGE HORN,**<br><br>      **Plaintiff,**<br><br>**vs.**<br><br>**CENTURION OF FLORIDA LLC, et al.,**<br><br>      **Defendants.** | **Case No.: 4:19-cv-00127-RH-MAF** |

## NOTICE OF SERVING SUGGESTION OF DEATH

Defendant Centurion of Florida, LLC, hereby gives Notice of having served the previously filed Suggestion of Death (ECF No. 143) and Exhibit "A" Death Certificate (ECF No. 143-1), as well as the Notice of Filing Amended Exhibit A to the Suggestion of Death of Plaintiff (ECF No. 149) upon the only known parties as provided in Fed. R. Civ. P. 5 (Counsel for Florida Department of Corrections per ECF Portal) on the date of filing of September 21, 2020, and October 9, 2020 respectively.

Pursuant to Fed. R. Civ. P. 4, Defendant has served decedent's sister, Jacqueline Kapaloric at 1489 Halls Top Road, Newport, Tennessee 37821. Ms. Kapaloric is listed as the Informant for the Bureau of Vital Statistics Certification of Death and was listed by plaintiff as a witness in his February 18, 2020 Amended Disclosures Under Rule 26(a)(1).

Dated: October 29, 2020.

/s/ Jacob B. Hanson
Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, AL 35203
Tel: (205) 521-8800

1

        bwahl@bradley.com

        Jacob B. Hanson (FBN 91453)
        BRADLEY ARANT BOULT CUMMINGS LLP
        100 North Tampa Street, Suite 2200
        Tampa, Florida 33602
        Tel: (813) 559-5500
        jhanson@bradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record, and mailed the same via U.S. Mail:

Jacqueline Kapaloric
1489 Halls Top Road
Newport, Tennessee 37821

        */s/ Jacob B. Hanson*
        ***Counsel for Defendants Centurion of Florida, LLC, and Dr. Alexis Figueroa***

4812-4464-7888.1